**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LEZETTE MCCLAIN,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 26-00202-JB-B |
| | * |
| **THE STATE OF ALABAMA,** | * |
| *et al.,* | * |
| | * |
|     **Defendants.** | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated July 2, 2026 (Doc. 4) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED** as frivolous.

    **DONE** and **ORDERED** this 27th day of July, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE