**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LEZETTE MCCLAIN,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 26-00202-JB-B |
| | * |
| **THE STATE OF ALABAMA,** | * |
| *et al.,* | * |
| | * |
|     **Defendants.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is

**ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED.**

**DONE** and **ORDERED** this 27th day of July, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE